```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
```

LATANYA SELTZER,

        Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

-----------------------------------------------------------X

JUDGMENT
07-CV-0235 (CBA)

FILED IN CLERK'S OFFICE
U.S. DISTRICT ... N.Y.
★ DEC 19 2007 ★
P.M. ___
TIME A.M. ___

      A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on December 18, 2007, remanding the case to the Social Security Administration; and ordering that on remand, the Administrative Law Judge is directed to obtain complete records from F.E.G.S. regarding the treatment of plaintiff by Ms. Shira Klahr and Dr. Sablon Dartique and to expressly consider that evidence against all of the evidence already in the record; it is

      ORDERED and ADJUDGED that the case is remanded to the Social Security Administration; and that on remand, the Administrative Law Judge is directed to obtain complete records from F.E.G.S. regarding the treatment of plaintiff by Ms. Shira Klahr and Dr. Sablon Dartique, and to expressly consider that evidence against all of the evidence already in the record.

Dated: Brooklyn, New York
      December 18, 2007

                                          s/ RCH
                                          ROBERT C. HEINEMANN
                                          Clerk of Court